[No. 34889-2-I.   Division One.   October 16, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
ALFRED CHATMON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-00221-6, Faith Enyeart Ireland, J.,
entered June 28, 1994. *Dismissed* by unpublished per
curiam opinion.

[No. 13965-4-III.   Division Three.   October 17, 1995.]

RICHARD N. JONES, ET AL., *Respondents*, v. JANE
YURTIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pend
Oreille County, No. 92-2-00068-3, Larry M. Kristianson, J.,
entered March 31, 1994. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Thompson, C.J., and
Munson, J.

[Nos. 13817-8-III;   Division Three.   October 19, 1995.]
     13818-6-III.

THE STATE OF WASHINGTON, *Respondent*, v. LOREN D.
FOSTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for
Spokane County, Nos. 93-1-01641-8, 93-1-01640-0, Robert
H. Whaley, J., entered January 26, 1994. *Affirmed* by un-
published opinion per Thompson, C.J., concurred in by
Sweeney and Schultheis, JJ.

[No. 16750-6-II.   Division Two.   October 19, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE LEE
SAVAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-1-02800-1, Thomas Felnagle, J., entered
January 6, 1993. *Reversed with instructions* by unpub-
lished opinion per Petrie, J. Pro Tem., concurred in by
Houghton, A.C.J., and Morgan, J.